CATHERINE FISHER, PLAINTIFF, v. PATERSON MILK AND CREAM COMPANY ET AL., DEFENDANTS.

Argued January 18, 1928—Decided June 21, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and LLOYD.

For the plaintiff, *John Pomfret* and *Benjamin L. Stein.*

For the defendant Paterson Milk and Cream Company, *Mendelsohn & Mendelsohn.*

For the defendant White & Shauger, *John A. Matthews.*

PER CURIAM.

The plaintiff, Catherine Fisher, was injured on December 5th, 1924, while standing or walking on the sidewalk on the northwest corner of Summer and Clay streets, in the city of Paterson, caused by a collision of the two trucks of the defendants. Negligence is charged against both defendants and the proofs justify the finding of the jury on that issue.

The trial resulted in a verdict against both defendants and in favor of the plaintiff, Catherine Fisher, for $20,000. Rule to show cause why the verdict should not be set aside and a new trial granted were obtained by each of the defendants. The reasons alleged for a new trial are identical in each case. There is no merit in any of them except the third, viz., the verdict is excessive. This we think is so. If the plaintiff will accept $15,000 the rules will be discharged, otherwise they will be made absolute.